IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



FLOYEL STAPLETON, A42-301-473,

    Petitioner,

v.                           08-CV-6348-L

TOM RIDGE, Secretary of the United
States Department of Homeland Security;
JAMES HAYES, Jr., Director of ICE
Headquarters Office of Detention and
Removal, Washington, D.C.; MICHAEL
MUKASEY, Attorney General of the
United States; CHARLES MULE, ICE
Field Office Director, Buffalo, NY;
MARTIN HERRION, Director of Buffalo
Federal Detention Facility,

    Respondents.

**ORDER**

Upon motion by the government, the petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed as moot. The petitioner was released from administrative custody on February 3, 2009 pursuant to an Order of Supervision.

The Clerk of the Court shall take all steps necessary to close this case.

IT IS SO ORDERED.

                        DAVID G. LARIMER
                        United States District Judge

DATED: June 18, 2009